# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Jun 07, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of )
An NXT USB device with serial number YP2121 )
(forensic image), CURRENTLY LOCATED AT the ) Case No. 2:23-sw-0352 KJN
IRS-CI Oakland Field Office, located at 1301 Clay )
Street, Oakland, California )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     California
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A-3, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before     April 14, 2023     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for      days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of                    .

Date and time issued:     04/05/23 at 10:28 a.m.          *[signed]* Kendall J. Newman
                                                                            *Judge's signature*

City and state:     Sacramento, California               Kendall J. Newman, U.S. Magistrate Judge
                                                                   *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:23-sw-0352 KJN | Date and time warrant executed:<br>On or about 4/6/2023 | Copy of warrant and inventory left with:<br>IRS-CI Oakland Field Office |
| Inventory made in the presence of : IRS-CI CIS SA Douglas Doss | | |
| Inventory of the property taken and name of any person(s) seized:<br>An extraction of the NXT USB device with serial number YP2121 (forensic image) that was seized pursuant to a federal search warrant on February 28, 2023.  See Fed. R. Crim. P. 41(f)(1)(B) (providing that inventories for electronic storage media "may be limited to describing the physical storage media that were seized or copied").  On or about April 6, 2023, through May 17, 2023, IRS-CI CIS SA Douglas Doss conducted an analysis of the digital evidence seized. | | |

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

/s/ Brandon Yenter

Subscribed, sworn to, and returned before me this date.  (Telephonically)

*Kendall J. Newman*               06/07/23

Signature of Judge                                                                                   Date